UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH FORTE, | ) | **Acknowledged** |
| | ) | TWP |
| Plaintiff, | ) | February 22, 2022 |
| | ) | |
| vs. | ) | Case No. 1:21-cv-00557-TWP-DLP |
| | ) | |
| GENESYS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Joseph Forte, and Defendant, Genesys Cloud Services, Inc., by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| s/ *Aaron J. Williamson* | s/ *Thomas C. Payne* |
| Aaron J. Williamson | John R. Maley (14300-89) |
| HKM EMPLOYMENT ATTORNEYS, LLP | Thomas C. Payne (34727-49) |
| 320 North Meridian Street, Suite 615 | BARNES & THORNBURG LLP |
| Indianapolis, IN  46204 | 11 South Meridian Street |
| Telephone:   317-449-0574 | Indianapolis, Indiana 46204 |
| Fax:            317-449-0574 | Telephone:   (317) 236-1313 |
| Email:         awilliamson@hkm.com | Email:         jmaley@btlaw.com |
| | tpayne@btlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant Genesys Cloud Services, Inc.* |

DMS 21961072.1